# TABLE OF CONTENTS OF EXHIBITS

# IN SUPPORT OF DEFENDANT CERTIFIED FOLDER DISPLAY SERVICE, INC.'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO PETITION TO COMPEL PLAINTIFF'S INDIVIDUAL CLAIM TO ARBITRATION, AND REQUEST TO DISMISS INDIVIDUAL AND CLASS CLAIMS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 7 | Letter to Plaintiff's Counsel regarding *Epic Systems Corporation v. Lewis* | 9 |

# PettitKohn
## Pettit Kohn Ingrassia Lutz & Dolin

Jennifer N. Lutz, Esq.
11622 El Camino Real, Suite 300
San Diego, California 92130-2051
(858) 755-8500 Tel.
(858) 755-8504 Fax
jlutz@pettitkohn.com

May 23, 2018

**VIA E-MAIL & U.S. MAIL**

Ty D. Frankel, Esq.
Bonnett, Fairbourn, Friedman & Balint, PC
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
tfrankel@bffb.com

Patricia N. Syverson
Bonnett, Fairbourn, Friedman & Balint, PC
600 W. Broadway, Suite 900
San Diego, CA 92101
psyversorr@bffb.com

Re: *Joseph P. Stone v. Certified Folder Display Service, Inc.*
Our File No.: 2047-5007

Dear Counsel:

In light of Monday's U.S. Supreme Court decision in *Epic Systems Corporation v. Lewis*, it is abundantly clear that the class claims in the above-referenced matter must be dismissed and that Mr. Stone must proceed on his individual claims in binding arbitration.

Please confirm by the close of business on Friday, May 25, 2018 that you will stipulate to the foregoing. In the event that you are unwilling to do so, Certified Folder will file a motion and seek all remedies to which it is entitled.

We look forward to hearing from you.

Sincerely,

PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

JENNIFER N. LUTZ

JNL:kaw

San Diego ♦ Los Angeles ♦ Phoenix

Exhibit 7
9