1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph P. Stone, on behalf of himself and all those similarly situated,<br><br>            Plaintiff,<br>v.<br><br>Certified Folder Display Service, Inc., a California corporation,<br><br>            Defendant. | Case No. CV-17-04205-PHX-JJT<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

Pursuant to the parties' Joint Request for a Telephonic Status Conference, and good cause appearing therefor;

IT IS HEREBY ORDERED setting a telephonic status conference for _____ before the Honorable John J. Tuchi.