# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph P Stone,<br><br>              Plaintiff,<br><br>v.<br><br>Certified Folder Display Service Incorporated,<br><br>              Defendant. | NO. CV-17-04205-PHX-JJT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed August 1, 2019, judgment of dismissal is entered. The Court having ruled that Plaintiff's individual state law claims shall proceed to arbitration and that Plaintiff's collective FLSA claims are dismissed with prejudice, this action is hereby dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

August 1, 2019

By   s/ L. Dixon
     Deputy Clerk